UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMALUDDIN R. BHARMAL, CIVIL NO. 00-385 (RHK)

Plaintiff,

v. ORDER OF RECUSAL

DAIN RAUSCHER, INC.,

Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: February 25, 2000

JOHN M. MASON
United States Magistrate Judge

Filed FEB 25 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Date: February 25, 2000 dl

R E C O R D   O F   D O C K E T   T E X T

0:00-cv-00385 Bharmal v. Dain Rauscher, Inc.

DOCKET ENTRY

ORDER OF RECUSAL ( Magistrate Judge John M. Mason / 2/25/00) Case reassigned to Magistrate Judge Arthur J. Boylan (CASE NUMBER REMAINS THE SAME EXCEPT FOR MAGISTRATE JUDGE'S INITIALS - 00-385RHK/AJB) (4:00ad43) 1pg(s) (cc: all counsel)

Hon. Arthur J Boylan, Judge

THIS NOTICE SENT TO ALL COUNSEL