Rec'd 9/1/00

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jamaluddin R. Bharmal,

Plaintiff,

v.

Dain Rauscher Incorporated,
a Minnesota Corporation,

Defendant.

---

Civil File No. 00-385 (RHK/AJB)

STIPULATION AND ORDER

WHEREAS the parties have completed two days of deposition and Plaintiff's and Defendant's First Sets of Interrogatories and Requests for Production of Documents, but the schedules of the attorneys and witnesses have necessitated the postponing of several noticed depositions in June, July and August, 2000; and

WHEREAS the parties are currently scheduling several key depositions to take place in September and October, 2000; and

WHEREAS the parties will be able to more properly identify expert witnesses when the factual record has been more fully established upon completion of these depositions; and

WHEREAS the above constitutes good cause as required by Local Rule 16.3,



FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The Scheduling Order shall be modified so that Plaintiff's expert identities shall be disclosed on or before November 1, 2000, and Defendant's expert identities shall be disclosed on or before December 1, 2000.

SO STIPULATED BY THE PARTIES:

Date: August 31, 2000

STINGLEY & HO, P.L.L.P.

By ____________________

Sue B. Stingley, Atty. No. (#122403)
Martin B. Ho, Atty. No. (#283022)
701 Fourth Avenue South
Minneapolis, Minnesota 55415
Telephone: (612) 337-9561
Facsimile: (612)332-3327
E-Mail: stingllaw@aol.com
Attorneys for Plaintiff
Jamaluddin R. Bharmal

Date: August 31, 2000

DORSEY & WHITNEY LLP

By ____________________

Jean Holloway (#214127)
Michael Iwan (#028628X)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2706/5613
Facsimile: (612) 340-2777

E-Mail: holloway.jean@dorseylaw.com
iwan.michael@dorseylaw.com
Attorneys for Defendant
Dain Rauscher Incorporated

SO ORDERED BY THE COURT, THIS 5th DAY OF September, 2000

Arthur J. Boylan
United States Magistrate Judge